Elmer E. CAMPBELL, Jr., Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3096.

United States Court of Appeals, Federal Circuit.

July 26, 2011.

## ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

Darryl L. WILLIAMS, Plaintiff–Appellant,

v.

FEDERAL DISTRICT COURT, Defendant–Appellee.

No. 2011–1416.

United States Court of Appeals, Federal Circuit.

July 26, 2011.

## *ORDER*

Pursuant to this court's order filed July 6, 2011,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Second Circuit.

Hermenta P. AQUINO, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2011–3092.

United States Court of Appeals, Federal Circuit.

July 27, 2011.

Rehearing Denied May 9, 2012.

## ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**James M. CONAIRE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7135.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Timothy M. SHANNON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7128.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

